IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTHONY RUISE,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5576

Opinion filed November 1, 2016.

An appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Deana K. Marshall, Riverview, for Appellant.

Pamela Jo Bondi, Attorney General, Michael McDermott, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

B.L. THOMAS, ROWE, and WINSOR, JJ., CONCUR.